**STATE of Maine**

v.

**Joel FULLER.**

Supreme Judicial Court of Maine.

Argued Nov. 17, 1986.
Decided Dec. 3, 1986.

James E. Tierney, Atty. Gen., Thomas Goodwin, Eric Wright (orally), Asst. Attys. Gen., Augusta, for plaintiff.

Joseph R. Hunt (orally), Machias, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Joel Fuller appeals from a judgment of the Superior Court, Waldo County, entered on a jury verdict of guilty of murder, 17–A M.R.S.A. § 201(1)(A) (1983), and of robbery with the use of a firearm against a person, 17–A M.R.S.A. §§ 651(1)(D), 1252(5) (1983). Fuller challenges the sufficiency of the evidence to support his conviction. Examining the evidence in the light most favorable to the prosecution, we hold that the jury rationally could have found beyond a reasonable doubt every element of the offenses charged. *See State v. Barry*, 495 A.2d 825, 826 (Me.1985).

The entry is:

Judgments affirmed.

All concurring.

**Edward GURSKI**

v.

**Deborah CULPOVICH and Ingeborg Bourgoin.**

Supreme Judicial Court of Maine.

Argued Nov. 12, 1986.
Decided Dec. 17, 1986.

Daviau, Jabar & Batten, Joseph M. Jabar (orally), Waterville, for plaintiff.

Lipman & Parks, Roger Katz (orally), Augusta, for defendants.

Before NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

The plaintiff, Edward Gurski, appeals from a judgment of dismissal entered by the Superior Court (Kennebec County). Because the record before us demonstrates no abuse of discretion in the dismissal of this action, we affirm the judgment.

The entry is:

Judgment affirmed.

All concurring.